JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| EUGENIA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITIBANK N.A.; QUALITY LOAN SERVICE CORPORATION; CENLAR, F.S.B., AND, DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  2:21-CV-09971-DSF-AGR<br><br>Hon. Dale S. Fischer<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　The Court has reviewed the Stipulation of Dismissal jointly filed by the parties who have appeared. IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Dated: June 13, 2023

　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

158179178